IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:10-cv-0289-TMH |
| | ) | WO |
| LEE COUNTY, ALABAMA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #9) to the Recommendation of the Magistrate Judge filed on April 21, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) entered on April 14, 2010 is adopted;

3. The plaintiff's claims against the Lee County Sheriff's Department, the Lee County Detention Center and the Lee County Medical Department are DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. §1915(e)(2)(B)(i) and they are DISMISSED as defendants in this cause of action.

4. This case, with respect to the plaintiff's claims against each of the remaining defendants, is referred back to the Magistrate Judge for appropriate proceedings.

DONE this the 26th day of May, 2010.

                                                    /s/ Truman M. Hobbs
                                       SENIOR UNITED STATES DISTRICT JUDGE