IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRANK ROGERS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:10-cv-289-TMH |
| v. ) | |
| ) | |
| LEE COUNTY, ALABAMA, et.al., ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On November 21, 2012, the Magistrate Judge filed a Recommendation in this case granting defendants' motion for summary judgment and dismissing the case with prejudice pursuant to 42 U.S.C. § 1997e(a) for plaintiff's failure to properly exhaust an administrative remedy. (Doc. 81). No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice.

Done this the 30th day of January, 2013.

/s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE